**FARINA BUS LINE & TRANSPORTATION CO., Appellant, v. CITY OF HAMMOND, Appellee.**

(Circuit Court of Appeals, Seventh Circuit. March 12, 1926.)

No. 3637.

Appeal from the District Court of the United States for the District of Indiana.

F. C. Crumpacker, of Hammond, Ind., for appellant.

L. L. Bomberger, of Hammond, Ind., for appellee.

Before EVANS, PAGE, and ANDERSON, Circuit Judges.

PAGE, Circuit Judge. In so far as here material, the facts in this case are the same as in No. 3668, Schappi Bus Line v. City of Hammond, 11 F.(2d) 940, decided this date, and the discussion there applies equally to this case.

The decree is reversed, with directions to the District Court to enter a decree granting the injunction.